IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:22-CR-12 |
| | : | |
| AHKIL NASIR CRUMPTON, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Peter D. Leary, United States Attorney for the Middle District of Georgia, respectfully shows:

1.      That an indictment was filed against AHKIL NASIR CRUMPTON in the United States District Court for the Middle District of Georgia, charging the defendant with Interference with Commerce by Attempted Robbery, Use and Discharge of a Firearm in Furtherance of a Crime of Violence, Murder with a Firearm During a Crime of Violence, and False Statement During Purchase of a Firearm.

2.      That said Defendant is now confined at the Curran-Fromhold Correctional Facility in Philadelphia, Pennsylvania in the custody of the Warden thereof.

3.      Petitioner further shows that the above-entitled case has been assigned for an initial appearance on the 14th day of June 2022, at 2:30 p.m. at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad

prosequendum duly issue, directed to the Sheriff of said penal institution, directing and

requiring him to deliver the body of the said AHKIL NASIR CRUMPTON, B/M, DOB

**/**/1997, to the Marshal of this District, or his lawful deputy, to be brought by him

before this Honorable Court at the time of said hearing aforesaid, to the end that he may

then and there participate in the initial appearance on the 14th day of June 2022, at 2:30

p.m., and may receive and abide by the judgment of this Court in the premises, thence to

be returned to the custody from whence he came.

      RESPECTFULLY SUBMITTED, this 11th day of May 2022.


                    PETER D. LEARY
                    UNITED STATES ATTORNEY


BY:   *s/Michael D. Morrison*
      MICHAEL D. MORRISON
      Georgia Bar Number 153001
      United States Attorney's Office
      Middle District of Georgia
      P.O. Box 1702
      Macon, Georgia 31202-1702
      Telephone: (478) 621-2631
      E-mail: michael.morrison@usdoj.gov