# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

U.S. MARSHALS SVC
MIDDLE GEORGIA
2022 MAY 11 PM 1: 23

United States of America
v.

AHKIL NASIR CRUMPTON
*Defendant*

Case No. 3:22-CR-00012-001 (CAR)
2220-0511-1957-J
FID# 11422299

USM 00536-510

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AHKIL NASIR CRUMPTON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Interference with Commerce by Attempted Robbery
Murder with a Firearm During a Crime of Violence
False Statement During Purchase of a Firearm

Date: May 11, 2022

s/ Gail G. Sellers
*Issuing officer's signature*

City and state: Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/11/2022, and the person was arrested on *(date)* 06-02-2022
at *(city and state)* LOVEJOY, GA.

Date: 06-03-2022

[signature]
*Arresting officer's signature*

DL HANEY   DUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: <u>AHKIL NASIR CRUMPTON</u>

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____