# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>UNDER SEAL</u> |
| | : | |
| vs. | : | **CASE NO: 3:22-CR-12** |
| | : | |
| AHKIL NASIR CRUMPTON, | : | |
| a/k/a "CRUMP," | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

## <u>ORDER TO SEAL</u>

Upon motion of the United States, it is ORDERED that the Government's Unopposed Motion for a Protective Order Governing Memorandum of Facts in Support of Government's Motion For Detention, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 8th day of June, 2022.


s/ Stephen Hyles
_____
STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA