# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-12-CAR-CHW |
| AHKIL NASIR CRUMPTON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING JOINT MOTION TO DECLARE THE CASE COMPLEX AND CONTINUE TRIAL

Before the Court is the parties' Joint Motion to Declare the Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) and to Continue [Doc. 36] the pretrial hearing scheduled for July 21, 2022, and the trial of this case currently scheduled for August 8, 2022. On May 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Interference with Commerce by Attempted Robbery, Use and Discharge of a Firearm in Furtherance of a Crime of Violence, Murder with a Firearm During a Crime of Violence, and False Statement During Purchase of a Firearm. Defendant was arrested on June 2, 2022. Defendant was appointed counsel, pled not guilty at his arraignment, and consented to detention pending trial.

In the Motion, the parties request that the Court declare this matter a complex case under the Speedy Trial Act and continue the trial of this case. The parties represent that the complexity of the discovery, the need to investigate this case beyond the Middle

District of Georgia, the need for expert witnesses, and other novel issues presented warrant this case being declared complex and the Speedy Trial Act time limits suspended.

After careful consideration, the Court finds it serves the ends of justice to declare this case complex and continue this case. This case is "so unusual, or so complex, due to the number of defendants [and] the nature of the prosecution . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by [the Speedy Trial Act]." 18 U.S.C. § 3161(h)(7)(B)(ii). Moreover, the ends of justice served by granting the extension and continuance outweigh the interests of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, the Court **DECLARES THIS CASE COMPLEX**, and **GRANTS** the parties' Joint Motion to Continue [Doc. 36]. This case is continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 12th day of July, 2022.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT