IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-12-CAR-CHW |
| AHKIL NASIR CRUMPTON | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING MOTION CONTINUE TRIAL

Before the Court is the Defendant Ahkil Nasir Crumpton's Motion to Continue [Doc. 41] the pretrial hearing scheduled for September 22, 2022, and the trial of this case currently scheduled for October 24, 2022. On May 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Interference with Commerce by Attempted Robbery, Use and Discharge of a Firearm in Furtherance of a Crime of Violence, Murder with a Firearm During a Crime of Violence, and False Statement During Purchase of a Firearm. Defendant was arrested on June 2, 2022. Defendant was appointed counsel, pled not guilty at his arraignment, and consented to detention pending trial. The Court declared this case complex on July 12th, 2022, and thus, the Speedy Trial Act is not implicated in this case.

In the Motion, Defense Counsel represents that she is still reviewing 290 GB of discovery in the case and will likely need to travel out of state to investigate the case

further. Failure to grant a continuance would deny Defense Counsel adequate time for effective preparation and could result in a miscarriage of justice.

Thus, the pretrial conference in set for September 22, 2022 is **CANCELED**. The Court will schedule a status conference in this case for October to determine deadlines for filing motions, motion hearings, and to specially set a trial date. Defendant's Motion to Continue Trial [Doc. 41] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the December 5, 2022 term of Court for the Athens Division.

**SO ORDERED**, this 25th day of August, 2022.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT