IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-12-CAR-CHW |
| AHKIL NASIR CRUMPTON | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING MOTION CONTINUE TRIAL

Before the Court is the Government's Motion to Continue [Doc. 45] the pretrial hearing and the trial of this case currently scheduled for December 5, 2022. On May 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Interference with Commerce by Attempted Robbery, Use and Discharge of a Firearm in Furtherance of a Crime of Violence, Murder with a Firearm During a Crime of Violence, and False Statement During Purchase of a Firearm. Defendant was arrested on June 2, 2022. Defendant was appointed counsel, pled not guilty at his arraignment, and consented to detention pending trial. The Court declared this case complex on July 12th, 2022, and thus, the Speedy Trial Act is not implicated in this case.

In the Motion, the Government states the parties are still waiting for DNA testing results and requests a continuance so the testing can be completed and reviewed by the parties. Failure to grant a continuance would deny counsel adequate time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Motion

to Continue Trial [Doc. 45] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the January 23, 2023 term of Court for the Athens Division.

The Court will schedule a status conference in this case for January to determine deadlines for filing motions, motion hearings, and to specially set a trial date.

**SO ORDERED**, this 9th day of November, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT