IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA,

v.

AHKIL NASIR CRUMPTON,

     *Defendant.*

CRIMINAL ACTION NO.
3:22-cr-00012-TES-CHW-1

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

Before the Court is Defendant Ahkil Crumpton's Motion to Compel [Doc. 57], in which he asks the Court to compel the Government to "disclose a written summary of the testimony of any experts they reasonably [expect] to testify at trial in this matter . . . the summaries describe[ing] the witnesses' opinions, the basis and the reasons for those opinions, and the witnesses' qualifications." [Doc. 57, p. 1].

The Government agrees that the newly-revised Federal Rule of Criminal Procedure 16[1] requires it to turn over the requested information. [Doc. 58]. The

---

[1] Federal Rule of Criminal Procedure 16(a)(1)(G)(i) instructs:

**Duty to Disclose**. At the defendant's request, the government must disclose to the defendant, in writing, the information required by (iii) for any testimony that the government intends to use at trial under Federal Rule of Evidence 702, 703, or 705 during its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C). If the government requests discovery under the second bullet point in (b)(1)(C)(i) and the defendant complies, the government must, at the defendant's request, disclose to the defendant, in writing, the information required by (iii) for testimony that the government intends to use at trial under Federal Rule of Evidence 702, 703, or 705 on the issue of the defendant's mental condition.

Government requests additional time to turn over the remaining information that it has

not already disclosed. Additionally, the Government requests reciprocal discovery from

Defendant.[2]

Accordingly, the Court **ORDERS** the Government to comply with Defendant's

request regarding Rule 16 expert disclosures before **March 30, 2023**. The Court further

**ORDERS** Defendant to provide the reciprocal Rule 16 disclosures before **May 13, 2023**.

**SO ORDERED**, this 17th day of March, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] Federal Rule of Criminal Procedure 16(b)(1)(C)(i) provides:

> **Duty to Disclose**. At the government's request, the defendant must disclose to the government, in writing, the information required by (iii) for any testimony that the defendant intends to use under Federal Rule of Evidence 702, 703, or 705 during the defendant's case-in- chief at trial, if:
> - the defendant requests disclosure under (a)(1)(G) and the government complies; or
> - the defendant has given notice under Rule 12.2(b) of an intent to present expert testimony on the defendant's mental condition.