IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA,

v.

AHKIL NASIR CRUMPTON, *et al.*,

    *Defendants.*

CRIMINAL ACTION NO.
**3:22-cr-00012-TES-CHW**

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Ahkil Crumpton's Unopposed Motion for Continuance [Doc. 65]. On May 10, 2022, the Government obtained an indictment charging Defendant Crumpton with Interference with Commerce by Attempted Robbery, Use and Discharge of a Firearm in Furtherance of a Crime of Violence, Murder with a Firearm During a Crime of Violence, and False Statement During the Purchase of a Firearm, all in violation of 18 U.S.C. §§ 1951; 924(c)(1)(A); 924(j)(1); 922(a)(6); and 924(a)(2). Additionally, Defendant James Armstrong was charged with False Statement During the Purchase of a Firearm in violation of 18 U.S.C. § 922(a)(6); 924(a)(2) and 2. [Doc. 1]. Defendants entered pleas of not guilty. [Doc. 11]; [Doc. 25].

Defendant Crumpton seeks a continuance because his counsel has a conflict with the currently-set special trial term, and his counsel needs more time to investigate certain matters. [Doc. 65, p. 2]. So as to avoid a miscarriage of justice, the Court

**GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 65], and this case and

its pretrial conference are **CONTINUED** the Court's October term—specifically set for

October 16, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).[1]

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 18th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Because this case has been declared complex, and both Defendants will be tried together, the Court **CONTINUES** the case as to both Defendant Crumpton and Defendant Armstrong. [Doc. 37].