# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO. 3:22-CR-12 |
| | : |
| **v.** | : |
| | : |
| **AHKIL CRUMPTON, et al** | : |
| | : |
| **Defendant.** | : |
| | : |

## NOTICE OF APPEARANCE

COMES NOW, DANIEL PEACH, Assistant United States Attorney, and hereby files this notice of appearance as the attorney of record on behalf of United States of America. Accordingly, Counsel requests that such appearance be shown in the records of the case and that Counsel be informed of all case related activities regarding this case.

RESPECTFULLY SUBMITTED, this 3rd day of May 2023.

                            PETER D. LEARY
                            UNITED STATES ATTORNEY

BY:   */s/ Daniel Peach*
        DANIEL PEACH
        Assistant United States Attorney
        Georgia Bar Number 896694
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655
        Email: Daniel.peach2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Daniel Peach, Assistant United States Attorney, hereby certify that I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will cause electronic notice to be provided to counsel of record.

Respectfully submitted, this the 3rd day of May 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:   */s/ Daniel Peach*
        DANIEL PEACH
        Assistant United States Attorney
        Georgia Bar Number 896694
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655
        Email: Daniel.peach2@usdoj.gov