# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : CRIMINAL NO. 3:22-CR-12 |
| AHKIL NASIR CRUMPTON, | : |
| Defendant. | : |

## UNITED STATES' RESPONSE TO MOTION TO DISMISS COUNTS II and III

The United States of America ("the Government"), through undersigned counsel, hereby responds to the Motion to Dismiss Counts II and III [Doc. 70] filed in the above-styled case by Defendant Ahkil Nasir Crumpton ("Defendant"). The Government agrees with Defendant that pursuant to the holding in *United States v. Taylor*, 142 S. Ct. 2015 (2022), that Interference with Commerce by Attempted Robbery (18 U.S.C. § 1951) is no longer a recognized crime of violence. Since Interference with Commerce by Attempted Robbery is the predicate crime of violence listed in Counts Two and Three of the indictment, the Government will only be able to proceed to trial on Counts One and Four.

Respectfully submitted, this 10th day of June, 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

                *s/ Michael D. Morrison*
                MICHAEL D. MORRISON
                Assistant United States Attorney
                Georgia Bar Number 153001
                United States Attorney's Office
                Middle District of Georgia
                Post Office Box 1702
                Macon, Georgia 31202-1702
                Telephone: (478) 752-3511
                Email: Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing United States' Response to Defendant's Motion to Dismiss Counts II and III utilizing the Court's CM/ECF program, which will cause electronic notice to all parties.

Respectfully submitted, this 10th day of June, 2023.

PETER D. LEARY
UNITED STATES ATTORNEY


*s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar Number 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Email: Mike.Morrison@usdoj.gov