United States v. Ahkil Crumpton, Case No. 3:22-CR-12

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

1. I, Anthony ~~Demore~~ D'Amore, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

2. I am the manager of Paddy Whacks Irish Sports Pub ("Paddy Whacks Pub"), located at 150 South Street, Philadelphia, PA 19147. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

2. I state that the records attached hereto are true and accurate duplicates of the video surveillance recordings from the Paddy Whacks Pub's video surveillance system. The attached records consist of a USB drive containing two separate video clips form the Paddy Whacks Pub's video surveillance recordings from **July 17, 2021**, for the following times:

- Video Clip No. 1, which is labeled "**ch04_20210717031831.mp4**," contains video footage from **03:18:26 AM to 03:19:02 AM**; and

- Video Clip No. 2, which is labeled "**ch18_20210717031818.mp4**," contains video footage from **03:18:12 AM to 03:18:59**.

3. All the records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and they were kept in the ordinary course of the regularly conducted business activity of the Paddy Whacks Pub.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

5/4/03
Date

_____
Signature

Sworn to and subscribed before me this 4 day of May, 2023.

_____
(Signature Notary)

Commonwealth of Pennsylvania - Notary Seal
STEVEN ORTIZ-MORALES - Notary Public
Philadelphia County
My Commission Expires October 27, 2024
Commission Number 1355645

Steven Ortz
Name of Notary

GOVERNMENT EXHIBIT 1