# FBI CELLULAR ANALYSIS SURVEY TEAM



## Cellular Analysis of:

(215) 807-9708 – AT&T

Case #: 192B-AT-3410734

Special Agent Jay Berni

FBI Criminal Investigative Division (CID)

Reproduction in whole or in part is prohibited.

**1.        Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by FBI Atlanta Division to analyze cell phone records for (215) 807-9708 ("target cell phone").  The target cell phone is believed to have been utilized by an individual involved in the homicide of Elijah Wood on March 19, 2021 in Watkinsville, Georgia and Anthony Jones on July 17, 2021 in Philadelphia, Pennsylvania.

**2.        Methodology**

An analysis was performed on the call detail records obtained for the target cell phone.  The call detail records documented the network interaction to and from the target cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone during its activity.  Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phone when it initiated contact with the network.

**2.1        Cell Site Locations**

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider.  The cell sites associated with the target cell phone was located utilizing the mapping software and the plotted cell site data.

**3.        Conclusions**

A historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2, and 2.1 were used to produce the attached historical cell site analysis maps. The analysis may not describe or depict all events listed in the call detail records.

**Intellectual property of the FBI Cellular Analysis Survey Team.  Reproduction in whole or in part is prohibited.**

# Cell Tower Sectors



Monopole Tower | Lattice Tower | Concealed Towers

Guy Wire Tower | Structural Tower | Concealed Towers

Reproduction in whole or in part is prohibited.

# Cell Tower Sectors



Three Sectors

- Most cell towers are divided into three equal 120° sectors (there are exceptions).

- Each tower and sector will have a unique identifier which is not duplicated anywhere else in a network.

- The direction that each sector faces is indicated in the tower list as the "Azimuth" or "Orientation".

Intellectual property of the FBI Cellular Analysis Survey Team.  Reproduction in whole or in part is prohibited.

# Sector Orientation and Illustrations



- Displayed as a wedge with a shaded arc

- The shaded arc solely indicates the general direction of radio frequency signal

- Sector orientation will vary by cell site and service provider



- When displayed on a map, a sector illustration shows the general area of coverage as it relates to a specific geographic area

**Reproduction in whole or in part is prohibited.**

# Slide Illustrations



# Subscriber Information for (215) 807-9708



# Elijah Wood Homicide

# March 19, 2021

# 12:00 am – 2:00 am



# Anthony Jones Homicide

# July 17, 2021

# 2:46 am – 3:41 am





End Report

Reproduction in whole or in part is prohibited.