

**CITY OF PHILADELPHIA**
Police Department
Office of Forensic Science
843-849 N. 8th Street
Philadelphia, PA 19123
(215) 685-3161



## Criminalistics Unit Report

| | | |
|---|---|---|
| Philadelphia Police Department<br>Homicide Unit<br>400 North Broad Street<br>Philadelphia, PA 19130 | U.S. Attorney's Office<br>Middle District of Georgia<br>P.O. Box 1702<br>Macon, GA 31202 | **DATE:** 9/25/2023<br>**OFS #:** 21-0011575<br>**DC #:** 21-03-032966<br>Supplemental #2 |

### Investigation of a Homicide

DNA testing procedures were performed on the below listed sample(s). Sample(s) that proceeded for STR analysis were amplified using Polymerase Chain Reaction (PCR) and typed using the GlobalFiler® PCR Amplification kit. The analysis of the below listed sample(s) and any conclusion(s) drawn from the results thereof were conducted in accordance with the Philadelphia Police Department Criminalistics Unit Quality Assurance Manual, FBI Quality Assurance Standards and ANSI National Accreditation Board ISO/IEC 17025 Accreditation and Supplemental Requirements for Forensic Testing.

The dates of examination for the evidence analyzed in this report are 9/21/23 to 9/22/23.

| Sample # | PR # | Item Description |
|---|---|---|
| 83902 | 3572577 | Buccal swab from Ahkil Nasir Crumpton |

### CONCLUSIONS:

Please refer to the previous Criminalistics Unit Report for OFS# 21-0011575 dated 5/01/2023 and Supplemental #1 dated 8/16/2023.

1. A DNA profile originating from a male source was obtained from sample 83902 (Ahkil Nasir Crumpton).

2. Due to insufficient data, the origin of the DNA detected in sample 80936 relative to Ahkil Nasir Crumpton is inconclusive.

3. Ahkil Nasir Crumpton is excluded as a contributor to the DNA mixture detected in sample 80937.

4. Due to the complexity of the mixture, the origin of the DNA detected in sample 80938 relative to Ahkil Nasir Crumpton is inconclusive.

5. Due to the complexity of the mixture and insufficient data, the origin of the DNA mixture detected in sample 80939 relative to Ahkil Nasir Crumpton is inconclusive.

6. Ahkil Nasir Crumpton is excluded as a contributor to the DNA mixture detected in sample 80940.



**OFS #:** 21-0011575 Supplemental #2     **DC #:** 21-03-032966     **DATE:** 9/25/2023

7. Under the scenario that the DNA mixture detected in sample 80941 originates from Joey Ford, Ahkil Nasir Crumpton and two random unrelated individuals, it is 16.22 million times more likely to occur than if it originates from four random unrelated individuals in the Caucasian population, 1.824 million times more likely to occur than if it originates from four random unrelated individuals in the African American population and 63.33 million times more likely to occur than if it originates from four random unrelated individuals in the Hispanic population.

**CODIS ENTRY:**

A DNA profile from sample number 80941 has previously been entered into the Combined DNA Index System (CODIS) at the local, state and/or national level(s) in accordance with regulations. Regular searches will be performed and notification will be issued if there is a hit in the database or if the profile is removed from CODIS at any time in the future.

**DISPOSITION OF EVIDENCE:**
- All DNA extracts have been retained in the Criminalistics Unit.
- Evidence shall be maintained by the PPD in accordance with all applicable directives, standards and/or legal requirements.

OFS #: 21-0011575 Supplemental #2     DC #: 21-03-032966         DATE: 9/25/2023

**Summary of STR Typing:**

| Sample Number | 83902 |
|---|---|
| D3S1358 | 15, 16 |
| vWA | 16, 17 |
| D16S539 | 11, 11 |
| CSF1PO | 9, 12 |
| TPOX | 6, 9 |
| Y indel | 2 |
| Amelogenin | X, Y |
| D8S1179 | 12, 14 |
| D21S11 | 28, 28 |
| D18S51 | 17, 19 |
| DYS391 | 10 |
| D2S441 | 11, 14 |
| D19S433 | 13, 14 |
| TH01 | 8, 9 |
| FGA | 23, 23 |
| D22S1045 | 11, 15 |
| D5S818 | 11, 12 |
| D13S317 | 12, 13 |
| D7S820 | 8, 10 |
| SE33 | 18, 24.2 |
| D10S1248 | 13, 14 |
| D1S1656 | 15, 17.3 |
| D12S391 | 16, 18 |
| D2S1338 | 19, 21 |

Rui Fen Kubiak, M.S.F.S.

Forensic Scientist 4


**Laboratory User Fee Requested: $ 200.00**

This report accurately reflects the findings and opinions of the forensic examiner who performed the analysis. All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.