**Cherry Biometrics Inc.**
**6312 Seven Corners Center #251**
**Falls Church, VA 22044**
**(201) 513-8300**

Manfred Schenk is a Computer Scientist with extensive radio wave tracking, monitoring and communications systems programming experience. He was an early design team member of Project Apollo (Mission to the Moon).

His RF propagation and tracking experience includes sonar, radar and telephonic communications. He is a member of the Telecommunications Society for Electrical and Electronic Engineers (IEEE).

He has many years of computer programming and telecommunications network design experience that focus on modeling, scheduling, queuing of stochastic processes, and RF transmissions within the aerospace, telephone, brokerage and banking industries.

Some of the past organizations that he has assisted include International Telephone & Telegraph (ITT), Western Union International, IBM, Prudential Bache, the US Navy, US Air Force and NASA.

PROFESSIONAL EXPERIENCE
Senior Technology Officer 2001 – Present Cherry Biometrics, Inc.
Project leader, proprietary next generation cybersecurity solutions that use geolocation attributes and biometric repositories. Research the latent fingerprint matching paradigm including the handling of deformations and similarities. Study the inclusion of new parameters and technologies including skin pores and enhancements. Additional projects included digital photography, cell tower tracking and cyber security.

CENTURY CORP., formerly DSP Inc. 1995 – 2001
IBM Supplier/Business Partner and Sony Business Partner Manager
Manage assembly line re-engineering projects for Xerox Manufacturing and Yoo-hoo Beverage. These very large international re-engineering projects incorporated SCADDA assembly lines, CCTV systems and factory IT systems. Analyst for DSP Corp. a technology supplier and business partner who built digital imaging solutions for IBM and Sony that helped launch their business-to-business replacement of conventional photography with digital photography. Digital images are indexed and stored into large repositories allowing rapid access and display of images along with associated reports including arrest records. Popular uses for this pioneering technology included insurance claims and the digital storage and retrieval of an individual's arrest history and

associated mug shots. Clients included: State Farm Insurance, Kemper Insurance, Allstate Insurance, Farmers Insurance, Clark Police, the Albany Police and hundreds of other organizations worldwide.

Riverside Research Institute, New York, NY 1992 - 1995
Medical Research Analyst
Research and design of diagnostic equipment that uses ultrasound to recognize tissue associated with prostate cancer. Successful medical trials confirmed the detection of neoplasm of the prostate as well as liver and breast. Design considerations included the integration of custom fast Fourier transformation (FFT) chips with RISC processors. Further researched included the feasibility of a therapeutic ultrasound heat treatment modality.

Independent Consultant
Assisted International Telephone & Telegraph (ITT), a defense contractor and cell phone provider, in the design of their formative cellular infrastructures. Tasks included frequency and channel capacity planning, simulation and modeling, waveform design and analysis, digital beamforming techniques, digital signal processing, and statistics and stochastic processes. Additional projects included: The design of a global money order system used by Western Union, a sales tracking system for IBM clients, the design of the underwater real-time digital communications system for use of the Integrated Radio Room of the Trident Submarine for the U.S. Navy, the design of an infra-red missile tracking system for the U.S. Air Force and a radar altimeter for the Lunar Excursion Module for NASA's Apollo Moon Mission.

Adjunct Professor of Mathematics, Cochise College, Arizona.

EDUCATION
University of Michigan, M.A. Mathematics
Rutgers University, B.A. Mathematics
Newark College of Engineering, A.S. Engineering
Member of the Telecommunications Society for Electrical and Electronic Engineers (IEEE).
Certified Wireless Analyst (CWA)