# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:22-CR-12-TES |
| vs. | : | |
| | : | |
| AHKIL NASIR CRUMPTON | : | |
| a/k/a "CRUMP" | : | |
| _____ | : | |

### UNITED STATES OF AMERICA'S *FIFTH* NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FED. R. EVID. 902(11) and 803(6)

COMES NOW the United States of America ("Government"), by and through its attorney, the United States Attorney for the Middle District of Georgia and hereby gives this *fifth* notice of its intent to introduce evidence of records of regularly conducted activity ("business records") pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence. The business records in which the Government intends to admit at the trial of the above-styled case are described as follows:

1) Athens Gun Club shooting range user waiver form signed by Ahkil Crumpton on January 15, 2021.

2) Athens Gun Club Invoice for the sale of one (1) Radical Firearms, Model: RF 15, 7.62x39 rifle, purchased by "Ahkil Nasir Crumpton, 4991 Parkside Ave Apt #69, Philadelphia, PA 19131" on 3/17/2020 at 12:06 PM.

The above-described business records are authenticated pursuant to the attached Certificate of Authenticity signed by Justin Bupp, the manager of Athens Gun Club, located at 115 Mill Center Blvd., Athens, Georgia. In lieu of calling Justin Bupp or another Athens Gun Club records custodian to testify at trial, the Government hereby provides notice of its intent to

admit the business records described above pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence.

    RESPECTFULLY SUBMITTED, this 4th day of October, 2023.

    */s/ Michael Morrison*
Michael Morrison
Assistant United States Attorney
Georgia Bar Number 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655
Email: mike.morrison@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Michael Morrison, hereby certify that on the 4th day of October, 2023, I electronically filed the UNITED STATES OF AMERICA'S *FIFTH* NOTICE OF ITS INTENT TO INTRODUCE EVIDENCE PURSUANT TO FED. R. EVID. 902(11) and 803(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

                  PETER D. LEARY
                  UNITED STATES ATTORNEY

                  */s/ Michael Morrison*
                  Michael Morrison
                  Assistant United States Attorney
                  Georgia Bar Number 153001
                  United States Attorney's Office
                  Middle District of Georgia
                  Post Office Box 1702
                  Macon, Georgia 31202-1702
                  Telephone: (478) 752-3511
                  Fax: (478) 621-2655
                  Email: mike.morrison@usdoj.gov