*United States v. Ahkil Nasir Crumpton*, Case No. 3:22-CR-12-TES

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Justin Bupp, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification are true and correct.

1. I am employed as the Manager of the Athens Gun Club, located at 115 Mill Center Blvd., Athens, Georgia. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

2. I state that the records attached hereto are true and accurate copies of:

    a. Athens Gun Club Invoice #180417 for the sale of one (1) Radical Firearms, Model: RF 15, 7.62x39 rifle, purchased by "Ahkil Nasir Crumpton, 4991 Parkside Ave Apt #69, Philadelphia, PA 19131" on 3/17/2020 at 12:06 PM for $583.19. (**Attachment 1**)

    b. Athens Gun Club shooting range user waiver form signed by Ahkil Crumpton on January 15, 2021. (**Attachment 2**)

3. The documents attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and they were kept in the ordinary course of the regularly conducted business activity of Athens Ridge.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

10/4/23
Date

Justin Bupp
Manager
Athens Gun Club

Page 1 of 1

# ATHENS GUN CLUB

115 MILL CENTER BLVD
Athens GA 30606
(706) 546-6111

# INVOICE

| INVOICE | DATE |
|---|---|
| 180417 | 3/17/2020 12:06 PM |
| ACCT | EMPL ID |
| 4459 | CASH |
| TERMS | PO |
| | |

**Sold To:** Ahkil Nasir Crumpton
4991 Parkside Ave Apt #69
Philadelphia PA 19131
USA

| QTY | ITEM | DESCRIPTION | PRICE EA | TOTAL |
|---|---|---|---|---|
| 1 | RT11755 | Radical Firearms RF 15 7.62x39 | 539.99 | 539.99 |
| | | SUBTOTAL | | 539.99 |
| | | Tax | | 43.20 |
| | | TOTAL | | **583.19** |

| PAYMENTS | | | | TOTAL |
|---|---|---|---|---|
| | | Visa/MC | | 583.19 |
| | | AMOUNT RECEIVED | | 583.19 |
| | | BALANCE | | **0.00** |

*PAID 3/17/2020*

DL No: 32011027
DL Exp: 8/12/2023
NICS: 101BKLHGC
NICS Date: 3/17/2020

# Attachment 1

**Smartwaiver Certificate of Authenticity**

Verify Authenticity of Document
Document ID: Gu93VChzqLfWhF7ULU8oAQ
Completed: 2021-01-15T22:25:47+00:00 UTC

# ATHENS GUN CLUB

FIREARM THERE IS INHERENT RISK. BY EXECUTION OF THIS DOCUMENT, THE UNDERSIGNED REPRESENTS TO THE RANGE THAT HE/SHE IS AN EXPEREINCED SHOOTER. THE UNDERSIGNED IS AWARE OF THE RISK OF OPERATING FIREARMS IN A CONFINED SPACE, FURTHER ACKNOWLEDGING SUCH RISK AND HAVING AN OPPORTUNITY TO EVALUATE THE SAME. THIS ACKNOWLEDGMENT, ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND RELEASE OF CLAIMS, GIVEN IN FAVOR OF RAYMOND ERIC ADCOCK, THE OFFICERS, AGENTS, ASSOCIATES, EMPLOYEES, CONTRACTORS, AND ALL AFFILIATED BUSINESS/PERSONAL ENTITIES OF ATHENS GUN CLUB IS MADE IN CONSIDERATION FOR ATHENS GUN CLUB CUSTOMER/USER, TO ENTER AND USE THE INDOOR GUN RANGE LOCATED AT 115 MILL CENTER BLVD, ATHENS, GA AND THE EQUIPMENT LOCATED THEREIN.

1. ATHENS GUN CLUB is defined and includes officers, agents, associates, employees, contractors, all affiliated business/ personal entities, vendors, suppliers, and any person or business that is connected and/or related to ATHENS GUN CLUB.

2. CUSTOMERS/USERS are defined as each individual who enters the ATHENS GUN CLUB at 115 MILL CENTER BLVD, ATHENS, GA.

3. RELEASED PARTIES are defined as ATHENS GUN CLUB, including but not limited to its officers, agents, associates, employees, contractors, and all affiliated business/personal entities with any interest and/or ownership in ATHENS GUN CLUB.

4. The customer/user acknowledges that he or she is at least 18 years of age. If a minor, the customer/user is accompanied by the customer/user's parent or legal guardian who proclaims and warrants that the statements contained herein are true and accurate. Customer/user states that he/she is mentally and physically capable of safely operating a firearm, handling ammunition or any firearm equipment. Customer/user is allowed by federal and state law to handle and operate a firearm or firearms. Customer/user has not committed a felony and is not prohibited by federal or state law from owning or operating firearms.

5. Customers/users have read and understand the ATHENS GUN CLUB safety rules and will completely obey the rules set forth. ALL rules and safety regulations will be strictly enforced and obeyed. In the event that the safety rules are not strictly obeyed, customer/user will be immediately asked to leave ATHENS GUN CLUB without refund.

6. Customer/user recognizes that lead in ammunition is hazardous material that can cause serious illness, injury, or death if inhaled or absorbed by the customer/user's person or body. It is recommended that the customer/user washes their hands and face upon leaving ATHENS GUN CLUB. These potential hazards may be caused by the customer/user's own negligence or by the fault of others.

7. Customer recognizes that the environment or a firearms range can be dangerous, can cause injury, permanent injury or death. These potential hazards may be caused by the customer/user's own negligence or by the fault of others.

8. Customer/user is aware of the risks involved and knowingly and voluntarily assumes all risks, known and unknown, past, present, or future, whether caused by customer/user's negligence or the negligence of others.

**Attachment 2**

IP: 67.191.252.3  Email: ahkil.crumpton5@yahoo.com  Version: 1.0.0.20190102

Page 1 of 5

9. Customer forever waives and releases any rights, claim, legal suit/action, infringement, demand, legal or personal cost against ATHENS GUN CLUB or any other persons associated.

10. Customer shall indemnify, defend, protect, and hold harmless the released parties from and against every and all demands, damages, and losses including, but not limited to litigation expenses, attorney fees, or other costs resulting from any actions, judgements, suits, charges, or claims, asserted against, suffered of or incurred by the released parties, whether they are based on released parties negligence, or otherwise. However, such indemnity shall not apply to any released parties to the extent that the subject of the indemnification is caused by the released party's willful misconduct or gross negligence. The forgoing indemnity shall not terminate upon the completion of the customers uses of the premises or equipment of ATHENS GUN CLUB. This agreement shall survive for all applicable periods of limitation of actions, plus the duration of all claims, litigations of actions, plus the duration of all claims, litigations and appeals arising in any way from the customer of the premises equipment of ATHENS GUN CLUB.

11. This document is intended to be a Continuing Waiver and shall continue to effect for all visits by the undersigned to the ATHENS GUN CLUB. This document is prepared and executed pursuant to GA Code 1981, 44-2-37, enacted by GA. P. 695, 1/HB 127. Accordingly, an electronic version may be utilized as an original without further verification.

12. I COMPLETLEY UNDERSTAND ALL OF THE ABOVE AND WILL STRICTLY FOLLOW AND OBEY ALL LISTED RULES AND REGULATIONS.

13. RENTALS ARE LIMITED TO 18 YEARS OF AGE OR OLDER. PARENTS ARE NOT ALLOWED TO RENT GUNS FOR ANYONE UNDER 18 YEARS OF AGE. HANDGUN RENTALS MUST BE 21 OR OLDER.

Date: January 15, 2021

## Participant's Name

**Ahkil**
First Name*

**Crumpton**
Last Name*

## Participant's Date of Birth*

☑ I certify that I am 18 years of age or older

*[signature]*

Participant's Signature*

IP: 67.191.252.3 Email: ahkil.crumpton5@yahoo.com Version: 1.0.0.20190102

Page 2 of 5

## Email Address

**ahkil.crumpton5@yahoo.com**
Email

☑ Check to receive information, news, and discounts by e-mail.

☑ Email me a copy of this document.

## Emergency Contact

**johnny bravo**
Emergency Contact's Name*

**(267) 303-0469**
Emergency Contact's Phone Number*

## Electronic Signature Consent*

☑ By checking here, you are consenting to the use of your electronic signature in lieu of an original signature on paper. You have the right to request that you sign a paper copy instead. By checking here, you are waiving that right. After consent, you may, upon written request to us, obtain a paper copy of an electronic record. No fee will be charged for such copy and no special hardware or software is required to view it. Your agreement to use an electronic signature with us for any documents will continue until such time as you notify us in writing that you no longer wish to use an electronic signature. There is no penalty for withdrawing your consent. You should always make sure that we have a current email address in order to contact you regarding any changes, if necessary.

---

**Auto Photo Capture**



Photo captured when the participant clicked on the Continue button immediately after selecting if an Adult or Minor(s) would be participating in the activity

2021-01-15T22:24:49+00:00



Photo captured when the participant signing the waiver checked the Electronic Signature Consent box

2021-01-15T22:25:19+00:00



Photo captured when the first participant accepted their signature

2021-01-15T22:25:45+00:00

**Photos were taken using:**

*Device:*KIOSK1  *Application:*3.0.0

IP: 67.191.252.3 Email: abkil.crumpton5@yahoo.com Version: 1.0.0.20190102