# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHKIL NASIR CRUMPTON | Case No.: 3:22-CR-012-TES-CHW |

## JOINT STIPULATION OF FACT

The parties in this case all stipulate and agree that the following is a true and accurate statement of fact and is admissible in this trial for the jury's consideration:

On March 16, 2022 Ahkil Crumpton was in constructive possession of a Glock model 19 handgun, serial number BPDV410.

Dated this _____ day of October 2023.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org

s/*Chauntilia K. Adaway*

Chauntilia K. Adaway
Assistant Federal Defender
Ga. Bar No. 871398

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: chauntilia_adaway@fd.org

## CERTIFICATE OF SERVICE

I, Timothy R. Saviello, hereby certify that, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org