# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **AHKIL NASIR CRUMPTON** | **Case No.: 3:22-CR-012-TES-CHW** |

## AHKIL CRUMPTON'S NOTICE OF INTENTION TO INTRODUCE EVIDENCE PURSUANT TO FED. R. EVID. 902(11) AND 803(6)

COMES NOW the Defendant, Ahkil Crumpton, by and through undersigned counsel, and hereby gives this notice of his intention to introduce evidence of records of regularly conducted activity ("business records") pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence. The defense provided copies of the herein described records via email to the government as reciprocal discovery pursuant to F.R. Cr. P. Rule 16(b)(1)(A). The business records in which he intends to admit at the trial of the above-styled case are described as follows:

1) Athens Gun Club shooting range user waiver form signed by Juwan Taylor on January 15, 2021, pages 1-5; Athens Gun Club shooting range check-in document showing Juwan Taylor check-in dates and times of: January 15, 2021, at 5:25 p.m., June 7, 2021, at 6:51 p.m., and December 22, 2021, at 2:54 p.m., page 6. The Athens Gun Club business records are authenticated pursuant to a "Certificate of Authenticity of Domestic Records Pursuant to Federal Rules of Evidence 902(11) and 902(13), signed by Justin Bupp, Manager of Athens Gun Club (attached as Exhibit 1)

    **2)**    University Partners, dba UP Athens Ridge SPE, LLC records of the full ledger documents and the balance owed documents as of July 2021, for the resident of 2552 Redwood Lane, Unit C, Athens Ridge Apartments, Athens, Georgia. The University Partners, dba UP Athens Ridge SPE, LLC records are authenticated pursuant to a "Certificate of Authenticity Pursuant to Federal Evidence Rule 902", signed by Dominique Anthony, Records Custodian for University Partners, dba UP Athens Ridge SPE, LLC (attached as Exhibit 2).

In lieu of calling a records custodian to testify at trial, Mr. Crumpton hereby provides notice of his intent to admit the business records described above pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence.

Dated this 11th day of October 2023.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org

s/**Chauntilia K. Adaway**
Chauntilia K. Adaway
Assistant Federal Defender
Ga. Bar No. 871398
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: chauntilia_adaway@fd.org

## **CERTIFICATE OF SERVICE**

I, Timothy R. Saviello, hereby certify that, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Timothy R. Saviello**
Timothy R. Saviello
Ga. Bar No. 627820
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: tim_saviello@fd.org