

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE ORDER
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | October 16, 2023 | Type of Hearing: | Jury Trial/Day One |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | Law Clerk: | Reed Ferguson |

## Case Number:  3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | MIKE MORRISON |
| v. | | | |
| AHKIL NASIR CRUMPTON | | Counsel: | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| Agents/Experts in attendance: | | Probation Office: | |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR:   5 Hours/ 9 Minutes**

| | |
|---|---|
| 10:03am | The Court calls the case and addresses the jurors.  Roll called, jurors sworn, and the Court begins voir dire. |
| 11:56am | Half Jurors are on break for lunch for an hour; remaining jurors take a 5-minute break. |
| 12:09pm | Back from break. Individualized voir dire for certain jurors continues. Each juror takes additional break after being questioned until the Court concludes individualized voir dire. |
| 2:15pm | Recess until 2:25pm. |
| 2:42pm | Resume.  Jurors chosen and seated in the box. |

| | |
|---|---|
| **3:05pm** | Unchosen jurors dismissed.  Instructions given to chosen jurors before they are released for the day. |
| **3:11pm** | Jurors adjourned until 10/17/2023 at 8:30am. |
| **3:12pm** | Court hears arguments re Motions in Limine. |
| **3:13pm** | Court first takes up [Doc. 145]; Motion in Limine re: mentioning "homicide." Government willing to edit PowerPoint to remove any mention of "homicide." [Doc. 145] **GRANTED**; possible discussion of limiting instruction if need arises. |
| **3:23 pm** | Discussion on [Doc. 158]; Motion in Limine re: Defendant's potential proffer of certain evidence of "alternative perpetrator." Court **DEFERS RULING** unless and until Defendant attempts to enter such evidence. |
| **3:26pm** | Court addresses Defendant's Motion for Access to Jury Records [Doc. 153]. The court instructed Clerk of Court to issue AO12 data. Motion [Doc. 153] is **GRANTED IN PART AND DENIED IN PART**. |
| **3:29pm** | Discussion about the jury selection and the Defendant's Motion to stay trial. Court calls David Bunt, Clerk of Court to testify. |
| **3:32pm** | Clerk of Court testifies and explains the jury selection process. |
| **3:35pm** | Examination of David Bunt, Clerk of Court by Timothy Saviello. |
| **3:41pm** | Cross examination of David Bunt, Clerk of Court by Daniel Peach. |
| **3:44pm** | Defense attorney addressed court about jury selection process. |
| **3:45pm** | The court responds to defense questions.  According to the court it hasn't been a violation during the jury selection.  Motion to Stay Trial [Doc. 152] is **DENIED**. |
| **3:48pm** | The court's Exhibit 1 – AO12 re: [Doc. 153] filed under seal for the record. [Doc. 160]. |
| **3:51pm** | Court adjourned. |