UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| **Date:** | October 17, 2023 | **Type of Hearing:** | Jury Trial/Day Two |
| **Judge:** | Tilman E. Self, III | **Court Reporter:** | Darlene Fuller |
| **Courtroom Deputy:** | Vanessa Siaca | **Law Clerk:** | Reed Ferguson |

## Case Number:  3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| **U.S.A.** | | **Counsel:** | MIKE MORRISON |
| **v.** | | | |
| **AHKIL NASIR CRUMPTON** | | **Counsel:** | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| **Agents/Experts in attendance:** | | **Probation Office:** | |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR:   4 Hours/ 24 Minutes**

| | |
|---|---|
| **8:41am** | Jurors reconvened.  Jurors sworn.  Rule invoked.  Preliminary Instructions from the Court to the Jurors. |
| **8:55am** | The Court states Stipulation of Facts for the record. |
| **9:01am** | Opening statement for the Government by Mike Morrison. |
| **9:27am** | Opening statement for the Defense by Timothy Saviello. |
| **9:34am** | Examination of Jesi Jordan by Mike Morrison. |
| **9:50am** | Cross examination of Jesi Jordan by Chauntilia Adaway. |
| **9:53pm** | Examination of Patrick Whitlock by Mike Morrison. |
| **10:03am** | Defense rest. |

| | |
|---|---|
| **10:05am** | Examination of John Ogle (911 Communications Supervisor) by Mike Morrison. |
| **10:14am** | Defense rest. |
| **10:15am** | Examination of Robert Elder (Lieutenant) by Daniel Peach. |
| **10:18am** | Defense rest. |
| **10:21am** | Examination of Joshua Warren (Deputy, Oconee County Sheriff's Office by Daniel Peach. |
| **10:26am** | Cross examination of Joshua Warren (Deputy, Oconee County Sheriff's Office by Chauntilia Adaway. |
| **10:27am** | Recess for 10 minutes. |
| **10:41am** | Jurors reconvene. Examination of Andrew Oliver by Mike Morrison. |
| **10:49am** | Cross examination of Andrew Oliver by Chauntilia Adaway. |
| **10:52am** | Examination of Zack Eaton (Detective, Oconee County Sheriff's Office Deputy Sheriff) by Mike Morrison. |
| **11:37am** | Cross examination of Zack Eaton by Chauntilia Adaway. |
| **11:46am** | Examination of Dr. Lora Darrisaw (Georgia Bureau of Investigation – Medical Examiner's Office) by Mike Morrison. |
| **11:55am** | Defense rest. Jurors are in recess until 1:00pm. The court confirms and reviews evidence. Defense objects about the exhibits presented and admitted re Exhibit 20, 21 and 22. Objection is preserved. |
| **1:01pm** | Jurors reconvene. Examination of Jenna Walker (FBI Video Communication Specialist) by Mike Morrison. |
| **1:29pm** | Cross examination of Jenna Walker by Timothy Saviello. |
| **1:45pm** | Redirect of Jenna Walker by Mike Morrison. |
| **1:46pm** | Re-cross of Jenna Walker by Timothy Saviello. |
| **1:50pm** | Examination of Sabina Yosef by Mike Morrison. |
| **2:03pm** | Cross examination of Sabina Yosef by Chauntilia Adaway. |
| **2:07pm** | Redirect by Mike Morrison. |
| **2:14pm** | The court addresses jurors and gives them instructions. Jurors are excused for the day until 8:30am tomorrow. |
| **2:17pm** | The court discusses issues with video regarding Mr. Crumpton. Parts of the video might be irrelevant. |
| **2:19pm** | The government explains why the video is relevant to the trial. |
| **2:21pm** | Defense addressed court regarding the issue with part the testimony of one of the witnesses |
| **2:21pm** | The court suggests that parties agree on stipulations. Parties agreed to work on stipulations of facts and have it ready by tomorrow before trial. |
| **2:26pm** | Court adjourned until 10/17/2023 at 8:30am. |