UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | October 18, 2023 | Type of Hearing: | Jury Trial/Day Three |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | Law Clerk: | Reed Ferguson |

## Case Number: 3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | MIKE MORRISON |
| v. | | | |
| AHKIL NASIR CRUMPTON | | Counsel: | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| Agents/Experts in attendance: | | Probation Office: | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR: 4 Hours/ 48 Minutes**

| 8:41am | The parties discussed the Government's Motion in Limine. The court addressed parties and agreed with them. Discussion about the Stipulation of Facts. |
|---|---|
| 8:43am | Jurors reconvene. Examination of Joseph Akers (RaceTrac Chief Legal Officer) by Daniel Peach. |
| 9:06am | Defense rest. Government redirects. Witness excused. |
| 9:08am | Examination of Quinton Nesmith (Deputy, Oconee County Sheriff's Office) by Mike Morrison. |
| 9:13am | Defense rest. Witness excused. |
| 9:14am | Examination of Dylan Pulliam (Oconee County Sheriff's Office) by Mike Morrison. |

| | |
|---|---|
| **9:23am** | Defense rest. Witness excused. |
| **9:24am** | Examination of Juwan Taylor by Mike Morrison. |
| **9:44am** | The court addresses Jurors regarding evidence. |
| **9:45am** | Cross examination of Juwan Taylor by Timothy Saviello. |
| **10:33am** | RECESS for 10 minutes. |
| **10:44am** | Back from recess. Cross examination concluded. |
| **10:46am** | Redirect of Juwan Taylor by Mike Morrison. |
| **10:49am** | Examination of Joseph Lombardo (Officer, Philadelphia Police Department) by Mike Morrison. |
| **11:07am** | Cross examination of Joseph Lombardo by Chauntilia Adaway. |
| **11:09am** | Examination of Kevin Conaway (Detective, Philadelphia Police Department) by Daniel Peach. |
| **11:19am** | Defense rest. Witness excused. Examination of Christopher Campbell (Detective, Philadelphia Police Department) by Mike Morrison. |
| **11:49am** | Defense rest. Witness excused. COURT IN RECESS until 1:00pm. The court discussed evidence with the parties. |
| **1:04pm** | Jurors reconvene. Examination of Theodore Hagan (Detective, Philadelphia Police Department) by Mike Morrison. |
| **1:12pm** | Cross examination of Theodore Hagan by Chauntilia Adaway. |
| **1:15pm** | Examination of Timothy Hartman (ATF Task Force Agent) by Mike Morrison. |
| **1:52pm** | Defense rest. Witness excused. |
| **1:53pm** | Examination of Donald "Donny" Liebsch (FBI Task Force Agent) by Mike Morrison. |
| **1:59pm** | Defense rest. Witness excused. |
| **2:00pm** | Examination of James Moss (FBI Task Force Agent) by Mike Morrison. |
| **2:06pm** | Cross examination of James Moss by Timothy Saviello. |
| **2:08pm** | Redirect of James Moss by Mike Morrison. Question withdrawn. Witness excused. |
| **2:09pm** | RECESS. |
| **2:19pm** | BACK FROM RECESS. Jurors reconvene. Examination of Justin Cash (Sergeant, Oconee County Sheriff's Office by Mike Morrison. |
| **3:01pm** | Defense rest. Witness excused. Jurors are excused until 10/19/2023 at 8:30am. |
| **3:04pm** | The parties and the court discussed scheduling for the rest of the trial. The court reviews evidence with the parties. |
| **3:05pm** | Court adjourned. |