

# MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | October 19, 2023 | Type of Hearing: | Jury Trial/Day Four |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | Law Clerk: | Reed Ferguson |

# Case Number: 3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | MIKE MORRISON |
| v. | | | |
| AHKIL NASIR CRUMPTON | | Counsel: | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| Agents/Experts in attendance: | | Probation Office: | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

### COURT TIME FOR JS10/MJSTAR: 4 Hours/ 8 Minutes

| | |
|---|---|
| **8:31am** | Jurors reconvene. Examination of James Maxwell (FBI Special Agent) by Daniel Peach. Defense rest. Witness excused. |
| **8:35am** | Examination of Lawson Bittick (FBI Task Force Agent) by Daniel Peach. Defense rest. Witness excused. |
| **8:40am** | Examination of Louis Dana Frost (Sergeant) by Mike Morrison. Defense rest. Witness excused. |
| **8:45am** | Examination of Marcy Plaza (FBI DNA Examiner) by Daniel Peach. |
| **9:07am** | Cross examination of Marcy Plaza by Timothy Saviello. Witness excused. |

| | |
|---|---|
| **9:14am** | Examination of Dr. Khalil Wardak (City of Philadelphia Office of the Medical Examiner) by Daniel Peach. |
| **9:23am** | Cross examination of Dr. Khalil Wardak by Chauntilia Adaway. Witness excused. |
| **9:24am** | Examination of James Armstrong by Mike Morrison. |
| **9:47am** | Cross examination of James Armstrong by Chauntilia Adaway. |
| **9:55am** | Redirect of James Armstrong by Mike Morrison. |
| **9:56am** | RECESS for 10 minutes. |
| **10:12am** | Back from recess. Examination of Candace Hunter (FBI Special Agent) by Daniel Peach. Defense rest. Witness excused. |
| **10:25am** | Examination Vanna Kelley (ATF Firearm and Toolmark Examiner) by Mike Morrison. |
| **10:59am** | Cross Examination of Vanna Kelley by Timothy Saviello. Witness excused. |
| **11:09am** | RECESS for 10 minutes. |
| **11:22am** | BACK FROM RECESS. Examination of Brian Moore (ATF Special Agent) by Mike Morrison. |
| **11:39am** | RECESS UNTIL 1:15pm. |
| **1:18pm** | BACK FROM RECESS. Parties discuss some issues with evidence and witness and how it will be resolved. |
| **1:35pm** | Jurors reconvene. Continuance of examination of Brian Moore by Mike Morrison. |
| **2:28pm** | Cross examination of Brian Moore by Timothy Saviello. Witness excused. |
| **2:43pm** | RECESS. |
| **2:53pm** | Back from recess. Jurors reconvene. Examination of Fen Kubiak (Forensic Scientist, Philadelphia Police Department) by Daniel Peach. |
| **3:05pm** | Cross examination of Fen Kubiak by Timothy Saviello. |
| **3:16pm** | Redirect of Ken Kubiak by Daniel Peach. Witness excused. |
| **3:18pm** | Jurors excused until Monday 23 at 8:30pm. The court and parties discussed schedule for next week. The court reviews evidence with parties. |
| **3:23pm** | Court adjourned until Monday 23 at 8:30pm. |