United States v. Ahkil Nasir Crumpton, Case No. 3:22-CR-12-TES

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Justin Bupp, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification are true and correct.

1. I am employed as the Manager of the Athens Gun Club, located at 115 Mill Center Blvd., Athens, Georgia. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

2. I state that the record attached hereto is a true and accurate copy of the ATF Form 4473 retained by Athens Gun Club for the sale of one (1) Radical Firearms RF 15 7.62x39 (Invoice No. 180417) on 3/17/2020 to Ahkil Nasir Crumpton.

3. The document attached to this certificate was made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and they was kept in the ordinary course of the regularly conducted business activity of Athens Gun Club.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

10/20/23
Date

Justin Bupp
Manager
Athens Gun Club

**GOVERNMENT EXHIBIT 1**

Page **1** of **1**