

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| **Date:** | October 23, 2023 | **Type of Hearing:** | Jury Trial/Day Five |
| **Judge:** | Tilman E. Self, III | **Court Reporter:** | Darlene Fuller |
| **Courtroom Deputy:** | Vanessa Siaca | **Law Clerk:** | Reed Ferguson |

## Case Number: 3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| **U.S.A.** | | **Counsel:** | MIKE MORRISON |
| **v.** | | | |
| **AHKIL NASIR CRUMPTON** | | **Counsel:** | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| **Agents/Experts in attendance:** | | **Probation Office:** | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR: 8 Hours/ 13 Minutes**

| | |
|---|---|
| **8:32am** | Parties discuss schedule for the rest of the week. |
| **8:39am** | Jurors reconvene. Examination of James Berni (FBI Special Agent) by Mike Morrison. |
| **9:25am** | Cross examination of James Berni by Timothy Saviello. |
| **10:01am** | Redirect of James Berni by Mike Morrison. |
| **10:06am** | Recross examination by Timothy Saviello. Witness excused. |
| **10:08am** | Jurors on break. Parties discuss Governments Motion in Limine (Doc. 158). |
| **10:14am** | The court asks questions to clarify in reference to Motion in Limine. Defense responds to questions from the court in reference to their response to the Motion in |

|           | Limine (Doc. 158).  The court notifies Defense what questions will be allowed when questioning witness.  The court discussed with parties' cases relevant to the situation. |
|-----------|---|
| **10:49am** | Court in recess. |
| **10:58am** | Back from recess.  Jurors reconvene.  Examination of Jamie M. Hipkiss (FBI Special Agent) by Mike Morrison. |
| **12:15pm** | Lunch break until 1:15pm. |
| **1:20pm** | Back from lunch.  Defense discussed with the court evidence to be presented during cross examination. |
| **1:30pm** | Jurors reconvene. Government (Mike Morrison) continues examination of Special Agent Jamie M. Hipkiss. |
| **2:55pm** | Jurors on break.  The court and the parties discuss some details for the rest of the week. |
| **3:00pm** | COURT IN RECESS. |
| **3:11pm** | Jurors reconvene.  Government continues examination of Special Agent Jamie M. Hipkiss by Mike Morrison.  Examination concluded. |
| **5:22pm** | Jurors excused until tomorrow. The Court discusses with the Defendant directly his right to testify or not.  The Defendant has made his decision not to testify.  The court let Defendant know that he can change his decision. |
| **5:26pm** | Recess for 10 minutes. |
| **5:31pm** | Back from recess.  The court discusses jury charges with parties. |
| **6:12pm** | The court and the parties review evidence. |
| **6:15pm** | Court adjourned until tomorrow at 8:30pm. |