# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION
# AT ATHENS, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | October 24, 2023 | Type of Hearing: | Jury Trial/Day Six |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | Law Clerk: | Reed Ferguson |

## Case Number: 3:22-CR-00012-001 (TES)

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | MIKE MORRISON |
| v. | | | |
| AHKIL NASIR CRUMPTON | | Counsel: | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| Agents/Experts in attendance: | | Probation Office: | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

### COURT TIME FOR JS10/MJSTAR: 5 Hours/ 36 Minutes

| | |
|---|---|
| **8:38am** | Jurors reconvene. Cross examination of Jamie Hipkiss (FBI Special Agent) by Timothy Saviello. |
| **10:19am** | Break for 10 minutes. |
| **10:33am** | Back from break. Timothy Saviello continues with cross examination of Jamie Hipkiss (FBI Special Agent). |
| **10:47am** | Redirect of Jamie Hipkiss by Mike Morrison. |
| **12:30pm** | Defense rest. Witness excused. Government rest case. Jurors released for lunch break until 1:30pm. |

| | |
|---|---|
| **12:31pm** | The Court addresses the Defendant again about his right to testify or not. The Defendant has not changed his mind. The court let Defendant know that he can change his decision. Parties discussed scheduling. |
| **12:35pm** | RECESS until 1:30pm. |
| **1:37pm** | Back from recess. Jurors reconvene. Examination of Manfred Schenk (Cherry Biometrics) by Timothy Saviello. |
| **1:46pm** | Examination of Manfred Schenk by Mike Morrison in reference to his expert qualifications. |
| **1:58pm** | Jurors are excused, while the court discusses with the parties some concerns with the testimony of the expert (Manfred Schenk). The court will let the witness testify. |
| **2:06pm** | Jurors are back. Timothy Saviello continues the examination of Manfred Schenk. |
| **3:02pm** | Cross examination of Manfred Schenk by Mike Morrison. |
| **3:18pm** | Redirect of Manfred Schenk by Timothy Saviello. |
| **3:24pm** | Recross of Manfred Schenk by Mike Saviello. |
| **3:27pm** | Examination of Marc Tracy (Investigator, Federal Defenders) by Timothy Saviello. |
| **3:32pm** | Cross examination of Marc Tracy by Mike Morrison. Evidence closed. Government and Defense rest. |
| **3:33pm** | The court addresses jurors address jurors to let them know what is next and what is expected. Jurors are dismissed until tomorrow at 8:30am. |
| **3:36pm** | Parties discuss closing statements for tomorrow. |
| **3:40pm** | Court in recess until tomorrow at 8:30am. |