# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION
# AT ATHENS, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | October 25, 2023 | Type of Hearing: | Jury Trial/Day Seven |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | Law Clerk: | Reed Ferguson |

# Case Number: 3:22-CR-00012-001 (TES)

| | | |
|---|---|---|
| U.S.A. | Counsel: | MIKE MORRISON |
| v. | | |
| AHKIL NASIR CRUMPTON | Counsel: | CHAUNTILIA ADAWAY/TIMOTHY SAVIELLO |
| Agents/Experts in attendance: | Probation Office: | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR: 1 Hours/ 48 Minutes**

| | |
|---|---|
| **8:30am** | Jurors reconvene. The court gives instructions to jurors regarding closing statements. |
| **8:35am** | Government open closing statement by Mike Morrison. |
| **8:44am** | Defense closing statement by Chauntilia Adaway. |
| **9:32am** | Break. |
| **9:39am** | Government final closing by Mike Morrison. |
| **10:31am** | The Court provides the jurors with the charges/instructions for the case and reads the same. |
| **10:56am** | Jurors excused to deliberate. |

| | |
|---|---|
| **11:43am** | Jurors have question one for the Court. The Court answers in writing. |
| **11:45am** | Recess. |
| **12:15pm** | Jurors have question one for the Court. The Court answers in writing. |
| **12:17pm** | Recess. |
| **12:24pm** | Notice jurors have a verdict. |
| **12:32pm** | Jurors reconvene.  Verdict read by Judge.  Jurors released.  Found as to Count 1 – Guilty Attempt to Interfere with Interstate Commerce by Robbery and as to Count 4 – Guilty False Statement During Purchase of a Firearm. |
| **12:36pm** | Court addresses Defendant. Sentencing to be set later.  Defendant remanded to the custody of USMS. |
| **12:37pm** | Court adjourned. |