IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AHKIL CRUMPTON,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:22-cr-00012-TES-CHW-1 |

## VERDICT FORM

### COUNT ONE

1. As to Count One of the indictment, Interference with Commerce by Attempted Robbery, we, the jury, find Defendant Ahkil Crumpton:

    _X_ GUILTY          ____ NOT GUILTY

### COUNT FOUR

3. As to Count Four of the indictment, False Statement During Purchase of a Firearm, we, the jury, find Defendant Ahkil Crumpton:

    _X_ GUILTY          ____ NOT GUILTY

SO SAY WE ALL, this _25_ day of _October_, 2023.

_____
Foreperson

