IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISITON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No.: 3:22-cr-00012-TES-CHW |
| AHKIL NASIR CRUMPTON, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves this Court to enter an Order continuing his Sentencing in the above-captioned matter. In support thereof, Defendant shows as follows:

1. Undersigned was retained on January 12, 2024, to represent the Defendant in the above-captioned matter and filed a notice of Attorney Appearance on that same day [Doc. 190].

2. The Defendant's Sentencing is scheduled for Wednesday, January 24, 2024, at 3:00 p.m.

3. Undersigned is lead counsel for the Defendant in *State of Georgia v. Quamarvious Nichols,* Case No. *22SC183572*, which commenced trial on January

1

4, 2023, before Chief Judge Glanville in the Fulton County Superior Court.[1] This is a RICO case with multiple defendants.[2] A jury was selected in this matter on Wednesday, November 1, 2023, and opening statements and calling witnesses began on November 27, 2023. The trial is anticipated to last an additional 4-6 months. ***See attached "Exhibit A" Second Administrative Order.***

4. Due to the conflict undersigned counsel is unavailable to appear at the sentencing hearing before this Court as it is set; and no other associate admitted before this Court is available to appear.

5. Undersigned request additional time for review of the case file to prepare for the Defendant's sentencing and to file any sentencing documents.

6. The Defendant respectfully requests that the Court continue the sentencing hearing to a later date and extend any deadlines to file sentence documents.

7. The Government objects to a continuance.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion to Continue Sentencing be granted.

---

[1] The case is State v. Khalieff Adams, No. 22SC183572, Superior Court of Fulton County, Chief Judge Ural Glanville presiding.
[2] There are currently 6 defendants on trial, all in custody.

2

This 14th day of January 2024.

                              Respectfully submitted,

                              /s/ Bruce S. Harvey
                              LAW OFFICE OF BRUCE S. HARVEY
                              ATTORNEY FOR DEFENDANT
                              Bruce S. Harvey, #335175
                              bruce@bharveylawfirm.com
                              146 Nassau Street, NW
                              Atlanta, Georgia 30303
                              (404) 659-4628

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISITON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.  )<br>)<br>**AHKIL NASIR CRUMPTON,** )<br>)<br>Defendant. )<br>) | No.: 3:22-cr-00012-TES-CHW |

### ORDER

Upon motion of the Defendant, for the reasons set forth in Defendant's Motion to Continue Sentencing is GRANTED, and the Sentencing is continued.

SO ORDERED, this _____ day of _____, 2024.

_____
JUDGE, U.S. DISTRICT COURT

4